**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTIE A. ADDISON,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | **No. 26-cv-0755** |
| | : | |
| **ELKINS PARK POST OFFICE**, *et al.*, | : | |
| *Defendants.* | : | |

## FINAL ORDER

**AND NOW**, this **29th** day of **June 2026**, upon consideration of the Government's Motion to Substitute the United States as Defendant and to Dismiss for Lack of Jurisdiction (ECF No. 7), Plaintiff's May 4, 2026 Letter (ECF No. 11), Plaintiff's May 19, 2026 Letter (ECF No. 12), and the docket, it is hereby **ORDERED** as follows:

1. The Government's Motion to Substitute the United States as Defendant (ECF No. 7) is **GRANTED** for the reasons stated in the accompanying memorandum opinion. The United States of America shall be **SUBSTITUTED** as a Defendant, and Defendants Elkins Park Post Office and Walter Lee shall be **DISMISSED**.

2. The Clerk of Court is **DIRECTED** to **ADD** the United States of America as a Defendant in this case, and to **TERMINATE** the Elkins Park Post Office and Walter Lee as Defendants.

3. The Government's Motion to Dismiss for Lack of Jurisdiction (ECF No. 7) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

4. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the accompanying memorandum opinion.

5. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**